**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

| | |
|---|---|
| ANGEL DARIO PATINO MENDEZ, | |
| Petitioner, | CIVIL ACTION NO.: 5:26-cv-802 |
| v. | |
| WARDEN, FOLKSTON ICE PROCESSING CENTER, et al., | |
| Respondents. | |

**O R D E R**

The Court conducted an informal telephonic conference with the parties on July 23, 2026. During the conference, Respondent's counsel stated he would file a motion to dismiss, with any attachments, **on or before August 6, 2026**.  Petitioner shall have **up to and including August 20, 2026**, to file any desired response to the motion to dismiss.  The parties, in their briefing, are to indicate if there is any need for oral argument or an evidentiary hearing and provide specific issues they wish to discuss and any requests for hearings to be conducted in person or by electronic means.  If there are any updates on Petitioner's status during the pendency of this case or any other factual updates to provide, the parties are to notify the Court.

**SO ORDERED**, this 24th day of July, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA